STATE of Missouri, Respondent,

v.

Reginald PERKINS, Appellant.

No. ED 99591.

Missouri Court of Appeals,
Eastern District.

Feb. 25, 2014.

Matthew Huckeby, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

(1986).

## ORDER

PER CURIAM.

Reginald Perkins appeals the judgment entered upon a jury verdict convicting him of resisting arrest. We find that the trial court did not plainly err in accepting the jury's verdict as to resisting arrest.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).